UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JEFFREY PRATER #259314,

    Plaintiff,

v.

PATRICIA CARUSO et al,

    Defendants.
_____/

Case No. 2:05-cv-105

Hon. Richard Alan Enslen

## ORDER REJECTING PLEADING

The Court has examined the following proposed Pleading received 7/5/05, and orders the Clerk to reject the Plaintiff's First Amended Complaint and return it to Jeffrey Prater for the reasons noted below:

This case was dismissed on 6/13/05

IT IS SO ORDERED.

Dated: July 6, 2005
cam

Timothy P. Greeley
U. S. Magistrate Judge

☐ THE CLERK SHALL ACCEPT THE PLEADING(S) FOR FILING  _____
                                                                                                                   INITIALS