TO:        U.S. DISTRICT COURT
           c/o Court Clerk
           B-35 Federal Bldg.
           410 W. Michigan Ave.
           Kalamazoo, MI. 49007

DATE: August 24, 2005

FROM:      Jeffrey Prater #259314
           Hiawatha Correctional Facility
           4533 Industrial Park Dr.
           Kincheloe, MI. 49786-0001

RE:        Jeffrey Prater vs. Patricia Caruso et. al.
           CASE NO.: 2:05-cv-105
           Honorable Richard Alan Enslen

Dear Court Clerk,

     I hope this communication finds you well.

     I am inquiring about an updated "DOCKET ENTRY" or "CASE
SUMMARY FILE", sheet. Could you please send me an update on
this and if there is any cost let me know. I am particularly
interested in the last filing, MOTION FOR RECONSIDERATION.

     As always I thank you in advance for your attention in
these matters and await your reply.

                                   Respectively,

DATE: 8/24/200 05                  _____
                                   Jeffrey Prater

cc: file