Jeffrey B. Prater #259314
Hiawatha Correctional Facility
4533 Industrial Park Drive
Kincheloe, MI. 49786

United States District Court
For The Western District of Michigan
c/o Ronald C. Weston, Sr. Clerk
P.O. Box 698
229 Federal Building
Marquette, MI. 49855

RE: Jeffrey B. Prater -v- Patricia Caruso, et al,
Case #2:05-cv-105
Honorable Richard A. Enslen

Dear Clerk,

    Its been brought to my attention, that Defendant, Mr. George Lellis, no longer is available at the address I provided. As I am not able to know his address or allowed to posses it per, M.D.O.C. policy and procedures. Could you be kind enough to provide his address to the U.S. Marshall's Office, so they can complete service on him, thank you.

DATE: 11/1/2005.

Sincerely,

/s/ Jeffrey B. Prater
#259314

cc: file

FILED - MQ
05 NOV -4  AM 11:05
RONALD WESTON, SR., CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT MICH
BY_____