UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JEFFREY PRATER,

    Plaintiff,

v.                                         Case No. 2:05-cv-105
                                            HON. RICHARD ALAN ENSLEN

PATRICIA CARUSO, et al.,

    Defendants.
    _____/

## **ORDER**

    Plaintiff has filed a correspondence in this matter seeking the current address of defendant George Lellis so that service may be effected.

    IT IS HEREBY ORDERED that defendants shall provide an address where defendant Lellis may be served with a summons and complaint. If the address is other than that of an MDOC facility, defendants shall file the address in a sealed document. Upon receipt of the address, the Clerk shall arrange for service of defendant at the address provided. If the address provided is other than an MDOC facility, service of the complaint will be provided in a manner which will avoid making the defendant's address part of the public record. The address shall remain under seal until further order of this Court.

    IT IS SO ORDERED.

                                                         /s/ Timothy P. Greeley
                                                          TIMOTHY P. GREELEY
                                                          UNITED STATES MAGISTRATE JUDGE

Dated:  November 9, 2005