**SEALED**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

05 NOV 21 AM 9:58

SR. CLERK
DISTRICT COURT

JEFFREY B. PRATER, #259314,

    Plaintiff,

v

PATRICIA CARUSO, et al

    Defendants.

    /

No. 2:05-cv-105

HON. RICHARD ALAN ENSLEN

MAG. TIMOTHY P. GREELEY

# FILED UNDER SEAL PURSUANT TO A PROTECTIVE ORDER

