UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JEFFREY PRATER,                                         Case No. 2:05-cv-105

       Plaintiff,                                         Hon. Richard Alan Enslen

v.

PATRICIA L. CARUSO, *et al.*,
                                 **FINAL JUDGMENT**

       Defendants.                     /

In accordance with an Opinion entered this date;

**IT IS HEREBY ORDERED** that Plaintiff Jeffrey Prater's Objections (Dkt. No. 44) are **DENIED** and the Report and Recommendation (Dkt. No. 43) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (Dkt. No. 32) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff Jeffrey Prater's Complaint (Dkt. No. 1) is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Court certifies that an appeal from this action would not be in good faith pursuant to 28 U.S.C. § 1915(a)(3).

                                        /s/ Richard Alan Enslen
DATED in Kalamazoo, MI:                      RICHARD ALAN ENSLEN
      October 5, 2006                              SENIOR UNITED STATES DISTRICT JUDGE