UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JEFFREY B. PRATER, #259314,

    Plaintiff,

v

PATRICIA CARUSO, et al

    Defendants.
_____/

No. 2:05-cv-105

HON. RICHARD ALAN ENSLEN

MAG. TIMOTHY P. GREELEY

Jeffrey Prater #259314
Plaintiff *In Pro Se*
Hiawatha Correctional Facility
4533 W. Industrial Park Drive
Kincheloe, MI 49786-0001

Julia R. Bell (P35367)
Assistant Attorney General
Attorney for Defendants
PO Box 30217
Lansing, MI 48909
PH: (517) 335-7021

**CERTIFICATE OF PRISONER INSTITUTIONAL/
TRUST FUND ACCOUNT ACTIVITY**

**FEDERAL COURT - CIVIL ACTION**

| Prisoner-Plaintiff/Petitioner/Appellant name and number | | Defendant's/Respondent's/Appellee's name |
|---|---|---|
| Prater, Jeffrey B. #259314 | V | Patricia Caruso, et al |

## CERTIFICATE OF PRISONER INSTITUTIONAL/TRUST FUND ACCOUNT ACTIVITY

I am employed by the Michigan Department of Corrections at the facility identified below, at which the prisoner identified as the Plaintiff/Petitioner/Appellant is currently incarcerated.

Attached is a computer printout which accurately reflects the current spendable balance and all activity within this prisoner's account during the preceding six months or, if the prisoner has been incarcerated for less than six months, for the period of incarceration. Code "C" on the printout represents a withdrawal from the account and code "D" represents a deposit to the account. The attached printout reflects, for the reported period, an average monthly account deposit (i.e., total deposits divided by number of months) of     $100.13    , an average monthly account balance (i.e., total deposits minus total withdrawals divided by number of months) of     $9.51    . There is a current spendable account balance of     $7.72    .

Date:    11/06/06            _Sandra Bergstrom, Acct. Asst._
                            Signature of Custodian of Prisoner Institutional/Trust Fund Account


            Kinross Correctional Facility
            Correctional Facility

CSJ-277 6/97
4835-3277

Date: 11/06/2006 09:26:16     Page 1 of 4

# Michigan Department Of Corrections
## Trust Account Statement
### For the period 05/06/2006 to 11/06/2006

| | | | |
|---|---|---|---|
| MDOC Nbr.: 259314 | Name: PRATER, JEFFREY BERNARD | Current Lock Loc.: C-2-01 | |
| Birth Date: 02/08/1967 | Location: HIAWATHA CORRECTIONAL F | Jurisdiction Dates: 09/29/1997 | Active: Yes |
| Current Balance: 7.72 | Hold Balance: .00 | Account Dates: 02/26/2002 | A/C. Status: Active |

## Sub Account Details

| Account Code | Account Name | Balance As of 05/06/2006 | Balance As of 11/06/2006 |
|---|---|---|---|
| **Trust-Kinross Facility Caseload** | | | |
| 2101 | Offender Funds | 32.66 | 7.72 |
| 2198 | Freeze | 0.00 | 0.00 |

## Debts & Obligations
## Transaction Details

| GJ No. | Date | Description | Debit | Credit |
|---|---|---|---|---|
| **Trust-Kinross Facility Caseload** | | | | |
| 17610289 | 05/08/2006 | **CRT Commissary Regular Transaction** | 17.58 | |
| | | 2101 Offender Funds | 17.58 | |
| | | 2501 Payable to Commissary | | 17.58 |
| | Narration: | Rtf073 -Commissary TXN - | | |
| 17640145 | 05/09/2006 | **PR Payroll Receipt** | 87.25 | |
| | | 1116 Payroll Receipts | 87.25 | |
| | | 2552 Victim Restitution Payable | | 18.63 |
| | | 2554 Federal Filing Fee(s) Payable | | 17.45 |
| | | 2101 Offender Funds | | 51.17 |
| | Narration: | Batch: 653856, Ref:PH59, Apr Pay/Food Service | | |
| 17663968 | 05/10/2006 | **RCPBD Regular Copies Disbursement (PBF)** | 10.00 | |
| | | 2101 Offender Funds | 10.00 | |
| | | 2580 Copies (PBF) Payable - Direct | | 10.00 |
| | Narration: | Batch: 656221, Ref:TH087, Copies - | | |
| 17681555 | 05/11/2006 | **MISCC Miscellaneous Vendor Check** | 3.00 | |
| | | 2101 Offender Funds | 3.00 | |
| | | 1101 Bank Account | | 3.00 |
| | Narration: | Batch: 656764, Ref:CH0767, Access - | | |
| 17792865 | 05/18/2006 | **MISCC Miscellaneous Vendor Check** | .00 | |
| | | 2101 Offender Funds | 0.00 | |
| | | 1101 Bank Account | | 0.00 |
| | Narration: | Batch: 660262, Ref:CH0792, NSF - | | |
| 17817117 | 05/22/2006 | **CRT Commissary Regular Transaction** | 3.51 | |
| | | 2101 Offender Funds | 3.51 | |
| | | 2501 Payable to Commissary | | 3.51 |
| | Narration: | Rost -Commissary TXN - | | |
| 17866699 | 05/25/2006 | **MISCC Miscellaneous Vendor Check** | 46.94 | |
| | | 2101 Offender Funds | 46.94 | |
| | | 1101 Bank Account | | 46.94 |
| | Narration: | Batch: 663209, Ref:Ch0808, Pack Central - | | |
| 17900330 | 05/31/2006 | **VNRR Vendor Refund Receipt** | 16.37 | |
| | | 1110 Vendor Refunds | 16.37 | |
| | | 2101 Offender Funds | | 16.37 |
| | Narration: | Batch: 664895, Ref:DH207, Refund-Access | | |
| 17945236 | 06/05/2006 | **CRT Commissary Regular Transaction** | 9.12 | |
| | | 2101 Offender Funds | 9.12 | |
| | | 2501 Payable to Commissary | | 9.12 |
| | Narration: | Rost -Commissary TXN - | | |
| 17956874 | 06/05/2006 | **HSR Hobbycraft Sales Receipt** | 13.50 | |
| | | 1118 Hobbycraft Sale Receipts | 13.50 | |
| | | 2554 Federal Filing Fee(s) Payable | | 2.70 |
| | | 2101 Offender Funds | | 10.80 |
| | Narration: | Batch: 666481, Ref:DH210, H. CRAFT SALE | | |

# Michigan Department Of Corrections
## Trust Account Statement
### For the period 05/06/2006 to 11/06/2006

| | | | | |
|---|---|---|---|---|
| MDOC Nbr.: 259314 | Name: PRATER, JEFFREY BERNARD | Current Lock Loc.: C-2-01 | | |
| Birth Date: 02/08/1967 | Location: HIAWATHA CORRECTIONAL F | Jurisdiction Dates: 09/29/1997 | Active: Yes | |
| Current Balance: 7.72 | Hold Balance: .00 | Account Dates: 02/26/2002 | A/C. Status: Active | |

| GJ No. | Date | Description | Debit | Credit |
|---|---|---|---|---|
| *Trust-Kinross Facility Caseload* | | | | |
| 17957111 | 06/05/2006 | **JLM JL Marcus Disbursement** | .00 | |
| | | 2101 Offender Funds | 0.00 | |
| | | 1101 Bank Account | | 0.00 |
| | Narration: | Batch: 666501, Ref:CH0832, J. L. Marcus, NSF - | | |
| 18029928 | 06/09/2006 | **PR Payroll Receipt** | 87.04 | |
| | | 1116 Payroll Receipts | 87.04 | |
| | | 2552 Victim Restitution Payable | | 25.27 |
| | | 2554 Federal Filing Fee(s) Payable | | 14.52 |
| | | 2101 Offender Funds | | 47.25 |
| | Narration: | Batch: 667753, Ref:PH64, May Pay/Food Service | | |
| 18099327 | 06/14/2006 | **US Union Supply Disbursement** | 60.90 | |
| | | 2101 Offender Funds | 60.90 | |
| | | 1101 Bank Account | | 60.90 |
| | Narration: | Batch: 671389, Ref:CH0867, Union Supply Co. - | | |
| 18230934 | 06/23/2006 | **LPOSPBF Legal Postage Disbursement (PBF)** | .39 | |
| | | 2101 Offender Funds | 0.39 | |
| | | 2582 Postage (PBF) Payable - Direct | | 0.39 |
| | Narration: | Batch: 675752, Ref:LHC139, Legal Postage - | | |
| 18243354 | 06/26/2006 | **HCSALE Hobbycraft Sale** | 29.70 | |
| | | 1118 Hobbycraft Sale Receipts | 29.70 | |
| | | 2101 Offender Funds | | 29.70 |
| | Narration: | HC Sale from 259314 to 503480 | | |
| 18301805 | 07/03/2006 | **CRT Commissary Regular Transaction** | 15.76 | |
| | | 2101 Offender Funds | 15.76 | |
| | | 2501 Payable to Commissary | | 15.76 |
| | Narration: | Rtf078 -Commissary TXN - | | |
| 18361998 | 07/07/2006 | **PR Payroll Receipt** | 86.70 | |
| | | 1116 Payroll Receipts | 86.70 | |
| | | 2552 Victim Restitution Payable | | 18.35 |
| | | 2101 Offender Funds | | 68.35 |
| | Narration: | Batch: 679803, Ref:PH72, June Pay/Food Service | | |
| 18455223 | 07/13/2006 | **MISCC Miscellaneous Vendor Check** | 80.00 | |
| | | 2101 Offender Funds | 80.00 | |
| | | 1101 Bank Account | | 80.00 |
| | Narration: | Batch: 683587, Ref:CH0952., Springfleid Ltd - | | |
| 18467353 | 07/14/2006 | **SP/FD Special Project/Fund Raiser Disbursem** | 3.00 | |
| | | 2101 Offender Funds | 3.00 | |
| | | 2525 Special Project / Fund Raiser Payable | | 3.00 |
| | Narration: | Batch: 683809, Ref:TH115, PBF Fundraiser #3 - | | |
| 18509068 | 07/17/2006 | **CRT Commissary Regular Transaction** | 2.36 | |
| | | 2101 Offender Funds | 2.36 | |
| | | 2501 Payable to Commissary | | 2.36 |
| | Narration: | Rost -Commissary TXN - | | |
| 18669898 | 08/01/2006 | **CRT Commissary Regular Transaction** | 2.39 | |
| | | 2101 Offender Funds | 2.39 | |
| | | 2501 Payable to Commissary | | 2.39 |
| | Narration: | Rost -Commissary TXN - | | |
| 18691511 | 08/02/2006 | **VNRR Vendor Refund Receipt** | 3.00 | |
| | | 1110 Vendor Refunds | 3.00 | |
| | | 2101 Offender Funds | | 3.00 |
| | Narration: | Batch: 691814, Ref:DH265, ACCESS RETURN | | |
| 18782558 | 08/09/2006 | **PR Payroll Receipt** | 83.54 | |
| | | 1116 Payroll Receipts | 83.54 | |

# Michigan Department Of Corrections
## Trust Account Statement
### For the period 05/06/2006 to 11/06/2006

| | | | | | |
|---|---|---|---|---|---|
| MDOC Nbr.: 259314 | Name: PRATER, JEFFREY BERNARD | Current Lock Loc.: C-2-01 | | | |
| Birth Date: 02/08/1967 | Location: HIAWATHA CORRECTIONAL F | Jurisdiction Dates: 09/29/1997 | | Active: | Yes |
| Current Balance: 7.72 | Hold Balance: .00 | Account Dates: 02/26/2002 | | A/C. Status: | Active |

| GJ No. | Date | Description | | Debit | Credit |
|---|---|---|---|---|---|
| **Trust-Kinross Facility Caseload** | | | | | |
| | | 2552 Victim Restitution Payable | | | 16.77 |
| | | 2101 Offender Funds | | | 66.77 |
| | Narration: | Batch: 694293, Ref:PH81 JULY 02 FOOD SVC PAYROLL | | | |
| 18858202 | 08/14/2006 | **CRT Commissary Regular Transaction** | | 19.58 | |
| | | 2101 Offender Funds | | 19.58 | |
| | | 2501 Payable to Commissary | | | 19.58 |
| | Narration: | Rtf073 -Commissary TXN - | | | |
| 18858306 | 08/14/2006 | **CRT Commissary Regular Transaction** | | 10.08 | |
| | | 2101 Offender Funds | | 10.08 | |
| | | 2501 Payable to Commissary | | | 10.08 |
| | Narration: | Rtf073 -Commissary TXN - | | | |
| 18859589 | 08/14/2006 | **LPOSPBF Legal Postage Disbursement (PBF)** | | 1.83 | |
| | | 2101 Offender Funds | | 1.83 | |
| | | 2582 Postage (PBF) Payable - Direct | | | 1.83 |
| | Narration: | Batch: 696833, Ref:LHC164, Legal Postage Chg - | | | |
| 18859590 | 08/14/2006 | **LPOSPBF Legal Postage Disbursement (PBF)** | | 1.11 | |
| | | 2101 Offender Funds | | 1.11 | |
| | | 2582 Postage (PBF) Payable - Direct | | | 1.11 |
| | Narration: | Batch: 696833, Ref:LHC164, Legal Postage Chg - | | | |
| 18956823 | 08/21/2006 | **RCPBD Regular Copies Disbursement (PBF)** | | 10.00 | |
| | | 2101 Offender Funds | | 10.00 | |
| | | 2580 Copies (PBF) Payable - Direct | | | 10.00 |
| | Narration: | Batch: 699903, Ref:TH130., Copies - | | | |
| 19021416 | 08/28/2006 | **CRT Commissary Regular Transaction** | | 10.68 | |
| | | 2101 Offender Funds | | 10.68 | |
| | | 2501 Payable to Commissary | | | 10.68 |
| | Narration: | Rtf078 -Commissary TXN - | | | |
| 19041894 | 08/29/2006 | **MRR Mail Room Receipt** | | 70.00 | |
| | | 1106 Mailroom Receipts | | 70.00 | |
| | | 2552 Victim Restitution Payable | | | 35.00 |
| | | 2101 Offender Funds | | | 35.00 |
| | Narration: | Batch: 703330, Ref:DH289 | | | |
| 19055526 | 08/30/2006 | **LPOSPBF Legal Postage Disbursement (PBF)** | | 1.11 | |
| | | 2101 Offender Funds | | 1.11 | |
| | | 2582 Postage (PBF) Payable - Direct | | | 1.11 |
| | Narration: | Batch: 703897, Ref:LHC171, Legal Postage Chg - | | | |
| 19055527 | 08/30/2006 | **LPOSPBF Legal Postage Disbursement (PBF)** | | 1.83 | |
| | | 2101 Offender Funds | | 1.83 | |
| | | 2582 Postage (PBF) Payable - Direct | | | 1.83 |
| | Narration: | Batch: 703897, Ref:LHC171, Legal Postage Chg - | | | |
| 19108860 | 09/06/2006 | **UPSD UPS Charges Disbursement** | | 7.63 | |
| | | 2101 Offender Funds | | 7.63 | |
| | | 2520 UPS Charges Payable | | | 7.63 |
| | Narration: | Batch: 705827, Ref:CH1093, UPS Charge - | | | |
| 19158781 | 09/08/2006 | **PR Payroll Receipt** | | 89.66 | |
| | | 1116 Payroll Receipts | | 89.66 | |
| | | 2552 Victim Restitution Payable | | | 12.06 |
| | | 2101 Offender Funds | | | 77.60 |
| | Narration: | Batch: 706959, Ref:PH88, Aug Pay/Food Service | | | |
| 19177786 | 09/11/2006 | **CRT Commissary Regular Transaction** | | 25.78 | |
| | | 2101 Offender Funds | | 25.78 | |

# Michigan Department Of Corrections
## Trust Account Statement
### For the period 05/06/2006 to 11/06/2006

| MDOC Nbr.: 259314 | Name: PRATER, JEFFREY BERNARD | Current Lock Loc.: C-2-01 | |
|---|---|---|---|
| Birth Date: 02/08/1967 | Location: HIAWATHA CORRECTIONAL F | Jurisdiction Dates: 09/29/1997 | Active: Yes |
| Current Balance: 7.72 | Hold Balance: .00 | Account Dates: 02/26/2002 | A/C. Status: Active |

| GJ No. | Date | Description | Debit | Credit |
|---|---|---|---|---|
| *Trust-Kinross Facility Caseload* | | | | |
| | | 2501 Payable to Commissary | | 25.78 |
| | Narration: | Rost -Commissary TXN - | | |
| 19222488 | 09/13/2006 | **MISCC Miscellaneous Vendor Check** | 91.00 | |
| | | 2101 Offender Funds | | 91.00 |
| | | 1101 Bank Account | | 91.00 |
| | Narration: | Batch: 709858, Ref:CH1120, Springfield Leather - | | |
| 19389835 | 09/26/2006 | **CRT Commissary Regular Transaction** | 1.69 | |
| | | 2101 Offender Funds | | 1.69 |
| | | 2501 Payable to Commissary | | 1.69 |
| | Narration: | Rtf078 -Commissary TXN - | | |
| 19437660 | 09/29/2006 | **HSR Hobbycraft Sales Receipt** | 4.50 | |
| | | 1118 Hobbycraft Sale Receipts | | 4.50 |
| | | 2101 Offender Funds | | 4.50 |
| | Narration: | Batch: 717152, Ref:DH315, HCraft Sale | | |
| 19540737 | 10/09/2006 | **CRT Commissary Regular Transaction** | 5.46 | |
| | | 2101 Offender Funds | | 5.46 |
| | | 2501 Payable to Commissary | | 5.46 |
| | Narration: | Rost -Commissary TXN - | | |
| 19544243 | 10/09/2006 | **PR Payroll Receipt** | 78.60 | |
| | | 1116 Payroll Receipts | | 78.60 |
| | | 2101 Offender Funds | | 78.60 |
| | Narration: | Batch: 719377, Ref:PH2 Sep Pay/Food Service | | |
| 19692013 | 10/17/2006 | **LPOSPBF Legal Postage Disbursement (PBF)** | .87 | |
| | | 2101 Offender Funds | | 0.87 |
| | | 2582 Postage (PBF) Payable - Direct | | 0.87 |
| | Narration: | Batch: 724676, Ref:LHC10, HTF Legal Postage - | | |
| 19692014 | 10/17/2006 | **LPOSPBF Legal Postage Disbursement (PBF)** | 1.83 | |
| | | 2101 Offender Funds | | 1.83 |
| | | 2582 Postage (PBF) Payable - Direct | | 1.83 |
| | Narration: | Batch: 724676, Ref:LHC10, HTF Legal Postage - | | |
| 19692015 | 10/17/2006 | **LPOSPBF Legal Postage Disbursement (PBF)** | 1.83 | |
| | | 2101 Offender Funds | | 1.83 |
| | | 2582 Postage (PBF) Payable - Direct | | 1.83 |
| | Narration: | Batch: 724676, Ref:LHC10, HTF Legal Postage - | | |
| 19694702 | 10/17/2006 | **RCPBD Regular Copies Disbursement (PBF)** | 10.00 | |
| | | 2101 Offender Funds | | 10.00 |
| | | 2580 Copies (PBF) Payable - Direct | | 10.00 |
| | Narration: | Batch: 724787, Ref:TH7, Copies - | | |
| 19726957 | 10/19/2006 | **MISCC Miscellaneous Vendor Check** | 28.05 | |
| | | 2101 Offender Funds | | 28.05 |
| | | 1101 Bank Account | | 28.05 |
| | Narration: | Batch: 726178, Ref:CH58, Dick Blick Co. - | | |
| 19759583 | 10/23/2006 | **CRT Commissary Regular Transaction** | 28.74 | |
| | | 2101 Offender Funds | | 28.74 |
| | | 2501 Payable to Commissary | | 28.74 |
| | Narration: | Rtf078 -Commissary TXN - | | |

| | Total Receipts: | 600.79 |
|---|---|---|
| | Total Disbursments: | 543.75 |